IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM B. HERNANDEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 11-482 |
| | § | |
| METROPOLITAN TRANSIT | § | |
| AUTHORITY, | § | |
| | § | |
| *Defendant.* | § | |

## VERDICT FORM

# QUESTION NO. 1
## DISPARATE TREATMENT UNDER TITLE VII—SERGEANT POSITION

a. Did Defendant fail to promote Plaintiff to sergeant because of Plaintiff's race?

Answer "Yes" or "No"

      No

b. Did Defendant fail to promote Plaintiff to sergeant because of Plaintiff's national origin?

Answer "Yes" or "No"

      No

## QUESTION NO. 2
## DISPARATE TREATMENT UNDER TITLE VII—ECO/RANGE MASTER POSITION

a. Did Defendant fail to assign Plaintiff to ECO/Range Master because of Plaintiff's race?

Answer "Yes" or "No"

_____NO_____

b. Did Defendant fail to assign Plaintiff to ECO/Range Master because of Plaintiff's national origin?

Answer "Yes" or "No"

_____No_____

## QUESTION NO. 3
## RETALIATION

Did Defendant eliminate the ECO/Range Master position because Plaintiff engaged in protected activity?

Answer "Yes" or "No"

_____Yes_____

If you answered "Yes" to any of the questions from Question No. 1 through Question No. 3 above, then answer Question No. 4. Otherwise, skip Question No. 4 and proceed to Question No. 5.

## QUESTION NO. 4
## TITLE VII DAMAGES

**QUESTION NO. 4(a):**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other.

Back pay and benefits:

_____0_____

Emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

_____$55,000_____

**QUESTION NO. 4(b):**

Based on the evidence presented, do you find that Plaintiff should be awarded punitive damages?

Answer "Yes" or "No"

_____yes_____

If you answered "Yes" to Question No. 4(b), then answer Question 4(c). Otherwise, proceed to Question No. 5.

**QUESTION NO. 4(c):**

What sum of money should be assessed against Defendant as punitive damages?

Answer in dollars and cents.



$250,000

## QUESTION NO. 5

### AGE DISCRIMINATION: ECO/RANGE MASTER POSITION

Did Defendant fail to assign Plaintiff to the ECO/Range Master position because of Plaintiff's age?

Answer "Yes" or "No"

_____NO_____.

If you answered "Yes" to Question No. 5 above, then answer Question No. 6. Otherwise, you are done.

### QUESTION NO. 6
### ADEA DAMAGES

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other.

Back pay and benefits:

_____