IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM B. HERNANDEZ | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | H 11-CV-00482 |
| | § | |
| METROPOLITAN TRANSIT | § | |
| AUTHORITY OF HARRIS COUNTY, | § | |
| TEXAS | § | |
|    *Defendant* | § | |

## **FINAL JUDGMENT**

It is so ordered that Plaintiff William B. Hernandez ("Plaintiff") have Final Judgment against Defendant Metropolitan Transit Authority of Harris County, Texas ("Defendant") as follows:

The Court orders Plaintiff recover the sum of $55,000.00 from Defendant and orders Defendant to pay Plaintiff $70,319.97 for attorney's fees, costs, and expenses within thirty (30) days after the entry of this Final Judgment.

The Court denies all relief not granted in this Final Judgment. This is a Final Judgment.

Dated: _____, _____.

                                                              KEITH P. ELLISON
                                                           UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM ONLY:

     /s/ Spencer E. Dunn
Spencer E. Dunn
State Bar No. 00797848
Southern District ID No. 20610
3106 Pheasant Trail Dr.
Sugar Land, Texas 77498
Tel: (832) 520-4998
Fax: (281) 277-5079
Email: Spenceredunn@aol.com
**ATTORNEY FOR PLAINTIFF**


     /s/ Daniel N. Ramirez
Daniel N. Ramirez
State Bar No. 24039127
Southern District ID No. 36216
MONTY & RAMIREZ LLP
150 W. Parker Road | Third Floor
Houston, Texas 77076
Tel:  (281) 493-5529
Fax:  (281) 493-5983
Email: dramirez@montyramirezlaw.com
**ATTORNEYS FOR DEFENDANT**

     /s/Spencer E. Dunn

     Spencer E. Dunn